IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MISTY DAWN CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NURSEONE/TEAMONE, LLC, d/b/a NURSEONE/TEAMONE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 3:07-cv-0897<br>)<br>)<br>)<br>)<br>) |

## AGREED ORDER

Upon agreement of counsel, and it appearing to the Court that this case has been compromised and settled, the Complaint is dismissed with prejudice. There shall be no taxing of costs or attorney's fees.

IT IS SO ORDERED.

_____
Robert L. Echols, Judge

Entered by Consent:

s/Cynthia A. Wilson
Cynthia A. Wilson (#13145)
First Tennessee Bank Bldg.
345 S. Jefferson Ave., Suite 401
Cookeville, TN 38501

s/ Kenneth S. Williams
Kenneth S. Williams (#010678)
Madewell, Jared, Halfacre & Williams
230 North Washington Ave.
Cookeville, TN 38501

*Attorneys for Plaintiffs*

s/ Winston S. Evans
Winston S. Evans (#3261)
Evans, Jones & Reynolds, P.C.
710 Suntrust Plaza
401 Commerce St.
Nashville, TN 37219-2405
(615) 259-4685
ECF address: wevans.ef@ejrlaw.com


s/ Trevor W. Howell
Trevor W. Howell (#9496)
315 Deaderick St., Suite 1100
Nashville, TN 37219-8888
(615) 244-4994
ECF address: thowell@gsrm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AGREED ORDER** has been served via **Electronic Filing** upon:

Cynthia A. Wilson, Esq.
First Tennessee Bank Bldg.
345 S. Jefferson Ave., Suite 401
Cookeville, TN 38501

Kenneth S. Williams , Esq.
Madewell, Jared, Halfacre & Williams
230 North Washington Ave.
Cookeville, TN 38501

Trevor W. Howell, Esq.
315 Deaderick St., Suite 1100
Nashville, TN 37219-8888

this 12th day of May, 2008.

                                                                        s/ Winston S. Evans

363400.020